AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Laura Dean )<br>*Plaintiff* )<br>v. )<br>Commissioner of Social Security Administration )<br>*Defendant* ) | Civil Action No.  0:10-cv-2810-CMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The decision of the Commissioner is reversed and remanded for further administrative action.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable  Cameron McGowan Currie, United States District Judge.

Date:   October 26, 2011                                               *CLERK OF COURT*

                                                                    s/Ashley Williams, Deputy Clerk
                                                            _____
                                                                *Signature of Clerk or Deputy Clerk*